# EXHIBIT B

# TEXAS SECRETARY of STATE
# HOPE ANDRADE

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 801330571 | **Entity Type:** | Domestic Limited Liability Partnership (LLP) |
| **Original Date of Filing:** | October 13, 2010 | **Entity Status:** | Expired |
| **Formation Date:** | N/A | | |
| **Tax ID:** | | **FEIN:** | 202571600 |
| **Duration:** | Non-Perpetual | **Expiration Period:** | |
| **Name:** | Superior Systems & Technologies, L.L.P. | | |
| **Address:** | 274 County Road 287<br>Merkel, TX 79536 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name** | | **Name Status** | **Name Type** | **Name Inactive Date** | **Consent Filing #** |
| Superior Systems & Technologies, L.L.P. | | Inactive | Legal | October 13, 2011 | 0 |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.