# EXHIBIT C

| Form 701<br>(Revised 10/04) | <br>Registration of a<br>Limited Liability Partnership | FILED<br>in the Office of the<br>Secretary of State of Texas<br>APR 0 4 2005<br>Corporations Section |
|---|---|---|
| Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>Filing Fee: See instructions | | |

The named partnership hereby applies to become a registered limited liability partnership pursuant to section 3.08(b) of the Texas Revised Partnership Act.

1. The name of the partnership is:

Superior Systems & Technologies, LTD

*The name must include the words "registered limited liability partnership" or "limited liability partnership" or the abbreviation "LLP" or "L.L.P."*

2. The federal employer identification number of the partnership is: 20-2571600

☐ The partnership has not obtained a federal employer identification number at this time.

3. The street address of the partnership's principal office is:

| 7201 I-40 West, Suite 100 | Amarillo | TX | USA | 79106 |
|---|---|---|---|---|
| Street or Mailing Address | City | State | Country | Zip Code |

4. The number of partners at the date of the application is: 1

*In a limited partnership, only state the number of general partners. Do not include limited partners.*

5. The partnership's business is:

Metal Fabrication

**Effectiveness of Filing**
(Select either A or B.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.
B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

| **Execution** |
|---|

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:  03-25-2005

Superior Systems & Technologies
Name of the partnership

BY: *Rodney Shank - Managing Partner*
*[signature]*

*For a general partnership, the registration must be signed by a majority-in-interest of the partners, or by one or more partners authorized by a majority-in-interest of the partners. For a limited partnership, any general partner may sign.*