# EXHIBIT D

Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697



Phil Wilson
Secretary of State

Office of the Secretary of State
Renewal of Registration of a
Limited Liability Partnership

FILED
In the Office of the
Secretary of State of Texas
MAY 29 2008

Corporations Section

Page 1 of 4

The named partnership hereby applies to renew its registration as a Limited Liability Partnership pursuant to section 152.802(g) of the Texas Business Organizations Code.

1. The name of the partnership is: **Superior Systems & Technologies, LTD**
   *(The name must include the words "limited liability partnership" or, if the partnership is a limited partnership, the words "limited liability limited partnership", or an abbreviation of the appropriate phrase.)*

   The partnership is a:   ☐ General Partnership   ☒ Limited Partnership

   The most recent date of registration of the partnership is: **06 / 01 / 07**
   The SOS file number assigned to that registration was: **800669559**

2. The federal employer identification number of the partnership is: **20-2571600**
   ☐ The partnership has not obtained a federal employer identification number at this time.

3. The street address of the partnership's principal office is:

   **7201 I-40 W Ste 215    Amarillo    TX    US    79106**
   Street or Mailing address      City      State   Country   Zip Code

4. The number of partners at the date of the application is: **2**
   *(A general partnership must have at least 2 partners. In a limited partnership, only state the number of general partners. Do not include limited partners.)*

5. The partnership engages in the same business specified in its original registration or in its most recent renewal unless a different statement of business is provided below:

**RECEIVED**

MAY 29 2008

**Secretary of State**

| Effectiveness of Filing |
| --- |
| (Select either A or B.) |

A. ☒ This document becomes effective when the document is filed by the secretary of state.
B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

Phone: 512-463-5555    Come visit us on the Internet @ http://www.sos.state.tx.us/    Dial: 7-1-1 for Relay Services
                       Fax: 512-463-5709

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: 5/23/08

Superior Systems + Technologies, LTD
<u>Name of the partnership</u>

BY: Rodny Shank

*For a general partnership, the application for renewal of registration must be signed by a majority-in-interest of the partners, or by one or more partners authorized by a majority-in-interest of the partners. For a limited partnership, any general partner may sign.*