# EXHIBIT E

| Form 701<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: See Instructions | <br><br>**Registration of a<br>Limited Liability Partnership** | Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 801169886 09/14/2009<br>Document #: 274623200004<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

1. The name of the partnership is:
   **Superior Systems & Technologies, LLP**

2. The partnership is a: **general partnership.**

3. A. ☑ The federal employer identification number is **202571600**
   B. ☐ The partnership has not obtained a federal employer identification number at this time.

4. The street address of the partnership's principal office in this state or outside of this state, as applicable, is
   **7410 Golden Pond, Ste 300, Amarillo, TX, USA 79121**

5. The number of partners in the partnership at the date of the application is **2**.

6. The partnership's business is:
   **Metal Fabrication**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned person or persons sign this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **September 14, 2009**

**Rodney Shank**

Signature(s) of a majority-in-interest of the partners, or by one
or more of the partners authorized by a majority-in-interest.

FILING OFFICE COPY